# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEETILLA, LLC, ) <br> A Michigan Limited Liability Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PJC LOGISTICS, LLC, ) <br> A Texas Limited Liability Company ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action File No. <br> 2:11-cv-12050-LPZ-RSW <br><br> Judge:  Lawrence P. Zatkoff <br><br> Mag. Judge:  R. Steven Whalen |

## VOLUNTARY DISMISSAL
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above action.

                                                                                                 s/Marshall G. MacFarlane
Marshall G. MacFarlane (P27296)
YOUNG BASILE HANLON &
      MACFARLANE, P.C.
301 E. Liberty, Suite 680
Ann Arbor, MI 48104
(734) 662-0270
macfarlane@youngbasile.com

DATED:  August 2, 2011