# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FLEETILLA, LLC,

    Plaintiff,

v.                                                       Case No. 11-12050
                                                              Hon. Lawrence P. Zatkoff

PJC LOGISTICS, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's notice of dismissal, Plaintiff dismisses this case against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [dkt 7].  As such, the Court hereby ORDERS that this case is closed.

**IT IS SO ORDERED.**

Dated:  August 8, 2011                                            s/Lawrence P. Zatkoff
                                                                           Honorable Lawrence P. Zatkoff
                                                                            United States District Judge